```
1  McGREGOR W. SCOTT
   United States Attorney
2  KIRK E. SHERRIFF (SBN 219488)
   Asst. United States Attorney
3  U.S. Courthouse, Suite 4401
   2500 Tulare St.
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099
6
   Attorneys for the
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:07-cv-0795 AWI DLB |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| MARVIN D. HORNE, LAURA R. HORNE, DON DURBAHN, RAISIN VALLEY FARMS, RAISIN VALLEY FARMS LLC, RAISIN VALLEY FARMS MARKETING, RAISIN VALLEY FARMS MARKETING LLC, RAISIN VALLEY FARMS MARKETING ASSOCIATION, LASSEN VINEYARDS, and LASSEN VINEYARDS LLC, | |
| Respondents. | |

Upon review of the United States of America's Petition for Summary Enforcement of Administrative Subpoenas Duces Tecum and supporting pleadings, filed by the United States under Section 9 of the Federal Trade Commission Act, 15 U.S.C. § 49, as incorporated by Section 10(h) of the Agricultural Marketing Agreement Act of 1937 as amended, 7 U.S.C. 610(h),

IT IS HEREBY ORDERED that respondents Marvin D. Horne, Laura R. Horne, Don Durbahn, Raisin Valley Farms, Raisin Valley Farms

1  LLC, Raisin Valley Farms Marketing, Raisin Valley Farms Marketing
2  LLC, Raisin Valley Farms Marketing Association, Lassen Vineyards,
3  and Lassen Vineyards LLC, appear before the District Court for
4  the Eastern District of California, in Courtroom No. 9 on the
5  27th day of July, 2007, at 9:00 a.m. to show cause why they
6  should not be compelled to appear and give evidence before the
7  Secretary of Agriculture of the United States, or such officers
8  or representatives designated by him, at such time and place as
9  determined by the Court, and there produce the documentary
10 evidence specified in and required by the
11 the U.S. Department of Agriculture subpoenas duces tecum served
12 on respondents and annexed as exhibits to the Declaration of Rose
13 M. Aguayo.
14     IT IS HEREBY FURTHER ORDERED that a copy of this Order to
15 Show Cause, together with one copy each of the Petition for
16 Summary Enforcement of Administrative Subpoenas Duces Tecum, the
17 Memorandum of Points and Authorities filed in support of the
18 Petition, and the Declaration of Rose M. Aguayo, and all exhibits
19 attached thereto, shall be served upon respondents on or before
20 June 22, 2007.
21     IT IS HEREBY FURTHER ORDERED that, within 14 days of service
22 of a copy of this Order to Show Cause and accompanying papers,
23 respondents shall file and serve a written response to the
24 Petition for Summary Enforcement of Administrative Subpoenas
25 Duces Tecum, supported by appropriate declaration(s), as well as
26 any motions respondents desire to make.  The United States may
27 file a reply within fourteen (14) days from the date of service
28 of respondents' response.  All motions and issues raised by

1  respondents will be considered on the return date of this Order,
2  and any uncontested allegations in the Petition for Summary
3  Enforcement of Administrative Subpoenas Duces Tecum will be
4  deemed admitted.  Issues that are not raised by motion, or are
5  not brought into controversy by the responsive pleadings and
6  supported by declaration(s), will not be considered on the return
7  date of this Order.
8       IT IS SO ORDERED.
9       **Dated:   June 18, 2007**              **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE