1  BRIAN C. LEIGHTON, CA BAR # 090907
   Law Offices of Brian C. Leighton
2  701 Pollasky Avenue
   Clovis, California  93612
3  Telephone:(559) 297-6190
   Facsimile:(559) 297-6194
4  E-mail: kbarker@arrival.net

5  Attorney for Respondents

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:07-CV-0795 AWI DLB |
| Petitioner, | |
| v. | **STIPULATION FOR AN ORDER SHORTENING TIME FOR HEARING ON RESPONDENTS' MOTION TO QUASH USDA/AMS SUBPOENAS DUCES TECUM SERVED ON RESPONDENTS' CUSTOMERS AND/OR FOR A PROTECTIVE ORDER** |
| MARVIN D. HORNE, LAURA R. HORNE, DON DURBAHN, RAISIN VALLEY FARMS, RAISIN VALLEY FARMS LLC, RAISIN VALLEY FARMS MARKETING, RAISIN VALLEY MARKETING LLC, RAISIN VALLEY MARKETING ASSOCIATION, LASSEN VINEYARDS, and LASSEN VINEYARDS LLC, | |
| Respondents. | DATE: April 4, 2008<br>TIME: 9:00 a.m.<br>DEPT.: Nine (9) |

**IT IS HEREBY AGREED AND STIPULATED** that the hearing on Respondents' Motion to Quash USDA/AMS Subpoenas Duces Tecum Served on Respondents' Customers and/or for a Protective Order be heard on shortened notice.  Said hearing is currently set for hearing on April 4, 2008, before the Honorable Dennis L. Beck, U.S. Magistrate Judge at the hour of 9:00 a.m.

However, according to one of the Subpoena Duces Tecums records of one of Respondents' customers are to be produced on April 3, 2008.

WHEREAS the parties respective counsel have met and conferred and therefore determined that it is the best interest of all parties that this matter be heard on shortened notice;

1

RESPONDENTS' NOTICE OF MOTION AND MOTION TO QUASH
USDA/AMS SUBPOENAS DUCES TECUM SERVED ON RESPONDENTS'
CUSTOMERS AND/OR FOR A PROTECTIVE ORDER

1   WHEREAS the parties have agreed the matter may be heard on April 2, 2008 at 9:00 a.m. before
2   the Honorable Magistrate Judge Dennis L. Beck.

4   DATED: March 25, 2008                LAW OFFICES OF BRIAN C. LEIGHTON

6                                         /S/ BRIAN C. LEIGHTON
                                          BRIAN C. LEIGHTON, legal counsel
7                                         for Respondents

8   DATED: March 25, 2008                United States Attorney, Eastern District of California

11                                        /S/ KIRK E. SHERRIFF
                                          For KIMBERLY GAAB
                                          Assistant U.S. Attorney
12                                        Attorneys for the United States of America

### ORDER

Good cause appearing, it is hereby ordered that Respondents motion to quash USDA/AMS Subpoenas Duces Tecum served on Respondents' customers and/or for a protective order shall be heard by this Court at 9:00 a.m. on April 2, 2008.

IT IS SO ORDERED.

**Dated:   March 27, 2008**            **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

2

RESPONDENTS' NOTICE OF MOTION AND MOTION TO QUASH
USDA/AMS SUBPOENAS DUCES TECUM SERVED ON RESPONDENTS'
CUSTOMERS AND/OR FOR A PROTECTIVE ORDER